JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Liability Corporation, | No. SACV11-772 DOC (MLGx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| DEREK OLDHAM an Individual; IPSA SECURITY SERVICES, LLC, an Arizona Limited Liability Company; IPSA SECURITY SERVICES, INC., a pending Arizona Corporation; IPSA INTERNATIONAL, INC., a Nevada Corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed in its entirety with prejudice, the parties to bear their own costs, including their attorneys' fees, with no rights of appeal.

Dated: July 28, 2011

_David O. Carter_

United States District Court Judge
Central District of California

ORDER OF DISMISSAL
WITH PREJUDICE